THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION ONE

| | | |
|---|---|---|
| FEDERAL HOME LOAN BANK OF SEATTLE, a bank created by federal law, | ) ) ) | No. 76326-1-I |
| Appellant, | ) ) ) | DIVISION ONE |
| v. | ) ) | |
| RBS SECURITIES, INC., f/k/a GREENWICH CAPITAL MARKETS, INC., a Delaware corporation; GREENWICH CAPITAL ACCEPTANCE, INC., a Delaware corporation; and RBS HOLDINGS USA, INC., f/k/a GREENWICH CAPITAL HOLDINGS, INC., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) | UNPUBLISHED OPINION |
| Respondents. | ) ) ) | FILED: MAR 16 2020 |

PER CURIAM -- Following this court's May 21, 2018 opinion affirming the orders challenged on appeal, the Washington State Supreme Court entered an order granting review and remanding the case to this court "for reconsideration in light of Supreme Court No. 95420-8 – *Federal Home Loan Bank of Seattle v. Credit Suisse Securities (USA LLC*, 194 Wn.2d 253 (2019)." In supplemental briefs, the parties agree that the *Federal Home Loan Bank of Seattle* decision requires this court to reverse its prior holding regarding reliance and remand for further proceedings. We concur.

We vacate the portion of our May 21, 2018 decision relating to reliance and remand for further proceedings consistent with the remainder of our prior decision and the Supreme Court's remand order.